United States District Court
Southern District of Texas
FILED

JUL 2 2 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHERYL GRAY, ET VIR | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | B-04-116 |
| WYETH, ET AL | § | |
| Defendants. | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Court's Order for Conference and Disclosure of Interested Persons, Plaintiff, Cheryl Gray, provides this Certificate of Interested Persons that are known at this time and are hereby identified as the Plaintiff and Defendants on Plaintiff's Original Complaint:

Cheryl Gray
Harold Gray
Wyeth
Wyeth Pharmaceuticals, Inc.
Barr Pharmaceuticals, Inc.
Bristol-Myers Squibb

Greenstone, Ltd.
Pharmacia & Upjohn Co.
Pfizer, Inc.
Solvay Pharmaceuticals, Inc.
Warner Chilcott

Respectfully submitted,

PROVOST ★ UMPHREY LAW FIRM, L.L.P.

By: *Steve Faries/ps*

James A. Morris, Jr.
Texas Bar No. 14487050
Steve Faries
Texas Bar No. 24040884
P.O. Box 4905
Beaumont, TX 77704
Telephone: (409) 835-6000
Fax: (409) 813-8612

Michael L. Williams (OSB#78426)
Brian S. Campf (OSB#92248)
WILLIAMS, DAILEY, O'LEARY, CRAINE &LOVE, P.C.
1001 S.W. Fifth Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 295-2924
Fax: (503) 295-3720

*Attorneys for Plaintiffs*