IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 2 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CHERYL GRAY and HAROLD GRAY, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>WYETH; and WYETH PHARMACEUTICALS, INC.; BARR PHARMACEUTICALS, INC., BRISTOL-MYERS SQUIBB; GREENSTONE, LTD.; PHARMACIA & UPJOHN COMPANY; PFIZER, INC.; SOLVAY PHARMACEUTICALS, INC.; WARNER-CHILCOTT<br><br>Defendants. | §§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NUMBER<br>B-04-116 |

## STIPULATION REGARDING EXTENSION OF TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth (registered to do business in Texas as "Wyeth, Inc.") and Wyeth Pharmaceuticals Inc. (collectively, "Wyeth") and plaintiffs Cheryl Gray and Harold Gray that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro Products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

Respectfully submitted,

By _____
James A. Morris, Jr.
Texas Bar No. 14487050
Steve Faries
Texas Bar No. 2404884
PROVOST UMPHREY LAW FIRM, L.L.P.
P.O. Box 4905
Beaumont, Texas 77704
(409) 835-6000 Telephone
(409) 813-8612 Facsimile

Michael L. Williams (OSB#78426)
Brian S. Campf (OSB#92248)
WILLIAMS DAILEY O'LEARY CRAINE
& LOVE, P.C.
1001 SW Fifth Ave., Suite 1900
Portland, OR 97204
(503) 295-2924 Telephone
(503) 295-3720 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

Dated: August 11, 2004.

By _____
Michael R. Klatt
Attorney-In-Charge
State Bar No. 11554200
Southern ID No. 13004
Kelly R. Kimbrough
State Bar No. 00794984
Southern ID No. 25675
CLARK, THOMAS & WINTERS,
A Professional Corporation
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 (Facsimile)
**ATTORNEYS FOR DEFENDANTS
WYETH AND
WYETH PHARMACEUTICALS, INC.**

Dated: August 11, 2004.

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that a true and correct copy of the foregoing document has been forwarded to all counsel of record via first class mail on this the __11__ day of August, 2004.

_____