

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHERYL GRAY and | § | |
| HAROLD GRAY, husband and wife | § | |
| | § | |
| vs. | § | |
| | § | |
| WYETH; AND WYETH | § | |
| PHARMACEUTICALS, INC.; BARR | § | C.A. No. B-04-116 |
| PHARMACEUTICALS, INC.; BRISTOL- | § | |
| MYERS SQUIBB; GREENSTONE LTD.; | § | |
| PHARMACIA & UPJOHN COMPANY; | § | |
| PFIZER INC.; SOLVAY | § | |
| PHARMACEUTICALS INC.; WARNER- | § | |
| CHILCOTT | § | |

**BARR PHARMACEUTICALS, INC.'S**
**CERTIFICATE OF INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Barr Pharmaceuticals, Inc., a Delaware corporation, certifies that it is a publicly traded company listed on the New York Stock Exchange.

Respectfully submitted,

_____
**KAREN F. STALLINGS**
State Bar No. 06801580
600 Travis, Suite 3400
Houston, TX 77002
(713) 226-1161
(713) 223-3717 (fax)

**ATTORNEY-IN-CHARGE FOR DEFENDANT**
**BARR PHARMACEUTICALS, INC.**

OF COUNSEL:

John M. Holland
State Bar No. 24041112
LOCKE LIDDELL & SAPP LLP
600 Travis, Suite 3400
Houston, TX 77002
(713) 226-1200
(713) 223-3717 (fax)

Joseph P. Thomas
Matthew Brammer
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 762-6200
(513) 762-6245 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent *via messenger, certified mail, return receipt requested, and/or first-class mail,* on this 25th day of August, 2004, to all known counsel of record.

James A. Morris, Jr.
Provost & Umphrey Law Firm, L.L.P.
P.O. Box 4905
Beaumont, TX 77704

Jack F. Walker
Sammons & Parker
218 North College
Tyler, TX 75702

Barclay A. Manley
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX 77010

Joseph S. Cohen
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd., 25th Floor
Houston, TX 77056

Robert Schick
Vinson & Elkins, LLP
1001 Fannin St., Suite 2300
Houston, TX 77002

Dawn Shawger
Sedgwick, Detert, Moran & Arnold LLP
1717 Main Street, Suite 5400
Dallas, TX 75201

_____
Karen F. Stallings

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Tex
FILED

AUG 3 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CHERYL GRAY and<br>HAROLD GRAY, husband and wife | §<br>§<br>§ | |
| vs. | §<br>§ | |
| WYETH; AND WYETH<br>PHARMACEUTICALS, INC.; BARR<br>PHARMACEUTICALS, INC.; BRISTOL-<br>MYERS SQUIBB; GREENSTONE LTD.;<br>PHARMACIA & UPJOHN COMPANY;<br>PFIZER INC.; SOLVAY<br>PHARMACEUTICALS INC.; WARNER-<br>CHILCOTT | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. B-04-116 |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE PLEAD**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant Barr Pharmaceuticals, Inc., ("Barr") and respectfully moves for an open enlargement of time to answer, move, or otherwise plead to the Complaint filed by the Plaintiffs in the above-captioned action.

Barr expects that this case will be transferred to the Eastern District of Arkansas to be heard with other consolidated actions in the *In re Prempro Products Liability Litigation*, MDL-1507, pending before the Honorable William Wilson. Counsel for Barr has conferred with Plaintiffs' national counsel, James A. Morris, Jr., Provost & Umphrey Law Firm, L.L.P., regarding this motion. Plaintiffs have no objection and consent to this motion for an open extension of time for Barr to move, answer, or otherwise plead to Plaintiffs' Complaint herein.

WHEREFORE, Defendant Barr respectfully requests that this Court grant them an open extension of time to answer, move, or otherwise plead to Plaintiffs' Complaint herein.

Respectfully submitted,

*/s/ Karen F. Stallings*

**KAREN F. STALLINGS**
State Bar No. 06801580
600 Travis, Suite 3400
Houston, TX 77002
(713) 226-1161
(713) 223-3717 (fax)

**ATTORNEY-IN-CHARGE FOR DEFENDANT BARR PHARMACEUTICALS, INC.**

**OF COUNSEL:**

John M. Holland
State Bar No. 24041112
LOCKE LIDDELL & SAPP LLP
600 Travis, Suite 3400
Houston, TX 77002
(713) 226-1200
(713) 223-3717 (fax)

Joseph P. Thomas
Matthew Brammer
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 762-6200
(513) 762-6245 (fax)

### CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Plaintiffs' counsel in regards to the subject matter of this motion and the motion is unopposed. Defense counsel are likewise unopposed to this motion.

*/s/ Karen F. Stallings*
Karen F. Stallings

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent *via messenger, certified mail, return receipt requested, and/or first-class mail*, on this 25th day of August, 2004, to all known counsel of record.

James A. Morris, Jr.
Provost & Umphrey Law Firm, L.L.P.
P.O. Box 4905
Beaumont, TX   77704

Jack F. Walker
Sammons & Parker
218 North College
Tyler, TX   75702

Barclay A. Manley
Fulbright & Jaworski LLP
1301 McKinney, Suite 5100
Houston, TX   77010

Joseph S. Cohen
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd., 25th Floor
Houston, TX   77056

Robert Schick
Vinson & Elkins, LLP
1001 Fannin St., Suite 2300
Houston, TX   77002

Dawn Shawger
Sedgwick, Detert, Moran & Arnold LLP
1717 Main Street, Suite 5400
Dallas, TX   75201

_____
Karen F. Stallings