UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| CHERYL GRAY and<br>HAROLD GRAY, husband and wife<br><br>vs.<br><br>WYETH; AND WYETH<br>PHARMACEUTICALS, INC.; BARR<br>PHARMACEUTICALS, INC.; BRISTOL-<br>MYERS SQUIBB; GREENSTONE LTD.;<br>PHARMACIA & UPJOHN COMPANY;<br>PFIZER INC.; SOLVAY<br>PHARMACEUTICALS INC.; WARNER-<br>CHILCOTT | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    C.A. No. B-04-116 |

**ORDER GRANTING DEFENDANT BARR PHARMACEUTICALS, INC.'S
UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER,
MOVE OR OTHERWISE PLEAD**

On the undersigned date, after considering Defendant Barr Pharmaceuticals, Inc.'s Unopposed Motion for Enlargement of Time to Answer, Move or Otherwise Plead, Defendant's Motion is hereby GRANTED.

SIGNED at Houston, Texas on this 1ST day of SEPTEMBER, 2004.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

HOUSTON:020841/00027:942018v1