United States District Court
Southern District of Texas
FILED

SEP 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHERYL GRAY and HAROLD GRAY, husband and wife, | § § § | CIVIL ACTION NO. 1:04CV116 |
| Plaintiffs, | § § | |
| VS. | § § § | |
| WYETH; and WYETH PHARMACEUTICALS, INC.; BARR PHARMACEUTICALS, INC.; BRISTOL-MYERS SQUIBB; GREENSTONE LTD.; PHARMACIA & UPJOHN COMPANY; PFIZER, INC.; SOLVAY PHARMACEUTICALS, INC.; WARNER-CHILCOTT | § § § § § § § § § | JURY DEMANDED |
| Defendants. | § | HON. ANDREW S. HANEN |

**AGREED MOTION TO EXTEND TIME FOR DEFENDANTS
PFIZER INC., PHARMACIA & UPJOHN COMPANY AND GREENSTONE LTD.
TO RESPOND TO PLAINTIFFS' COMPLAINT**

TO THE HONORABLE ANDREW S. HANEN,
United States District Judge:

**RELIEF REQUESTED**

Plaintiffs Cheryl Gray and Harold Gray (collectively "Plaintiffs"), and Defendants

Pfizer Inc. (incorrectly identified in Plaintiffs' Complaint as "Pfizer, Inc.") ("Pfizer"),

Pharmacia & Upjohn Company ("P&U"), and Greenstone Ltd. ("Greenstone") request

that the Court extend the time in which Pfizer, P&U and Greenstone must answer, or

otherwise move under FED. R. CIV. P. 12, with respect to the Plaintiffs' Complaint,

through thirty-days from the date this civil action is transferred to the Prempro MDL and

received by that Court or as otherwise ordered by the MDL Court.

## GROUNDS FOR RELIEF

1.     This action is brought by Plaintiffs for injuries allegedly caused by Ms. Gray's treatment with various hormone therapy medications.

2.     On March 4, 2003, the Judicial Panel on Multi-district Litigation ("JPMDL") consolidated, for pretrial purposes, several cases involving Prempro®, a hormone therapy medication manufactured and distributed by Wyeth Pharmaceuticals, Inc. in the United States District Court for the Eastern District of Arkansas. See In re Prempro Prod. Liab. Litig., 254 F. Supp. 2d 1366 (J.P.M.L 2003).

3.     It is expected that the Clerk of the JPMDL will soon issue a Conditional Transfer Order identifying this case as one involving questions of fact which are common to the actions previously transferred to the Prempro® MDL. It is also expected that, pursuant to Rule 7.6 of the Rules of Procedure of the JPMDL, a Transfer Order will be issued soon thereafter.

4.     To promote uniformity, consistency and judicial efficiency, Plaintiffs and Defendants Pfizer, P&U and Greenstone request that the Court extend the time in which Pfizer, P&U and Greenstone must answer, or otherwise move under Fed. R. Civ. P. 12, with respect to the Plaintiffs' Complaint through thirty-days from the date this matter is transferred to, and received by the Clerk of, the Eastern District of Arkansas or as otherwise ordered by the MDL Court.

Dated: September 3, 2004.

Respectfully submitted,

*Joseph S. Cohen* by permission M. Raub

Joseph S. Cohen
Texas Bar No. 04508370
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Telephone: (713) 960-7312
Facsimile: (713) 960-1527

**ATTORNEY-IN-CHARGE FOR
DEFENDANTS PFIZER INC.,
PHARMACIA & UPJOHN COMPANY
AND GREENSTONE LTD.**

**OF COUNSEL:**
BEIRNE, MAYNARD & PARSONS, L.L.P.
Gail M. Brownfeld
Texas Bar No.: 03217500
Monique M. Raub
Texas Bar No. 24041752
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

By Permission:

*James A. Morris* by permission M. Raub

James A. Morris, Jr.
Texas Bar No. 14487050
PROVOST UMPHREY LAW FIRM, L.L.P.
P.O. Box 4905
Beaumont, Texas 77704
Telephone: (409) 835-6000
Facsimile: (409) 813-8612
**ATTORNEY-IN-CHARGE FOR
PLAINTIFFS**

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by certified mail, return receipt requested, on the following attorneys of record on September 3, 2004:

James A. Morris, Jr.
PROVOST UMPHREY LAW FIRM, L.L.P.
P.O. Box 4905
Beaumont, Texas  77704

Michael L. Williams
WILLIAMS DAILEY O'LEARY CRAINE & LOVE, P.C.
1001 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204

Michael R. Klatt
CLARK THOMAS AND WINTERS
P. O. Box 1148
Austin, Texas 78767

Karen Stallings
LOCKE LIDDELL & SAPP, L.L.P.
600 Travis Street, Suite 3400
Houston, Texas 77002

Monique M. Raub

(040906)
536517