United States District Court
Southern District of Texas
FILED

SEP 0 7 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CHERYL GRAY and HAROLD GRAY, husband and wife, | § § § | CIVIL ACTION NO. 1:04CV116 |
| Plaintiffs, | § § | |
| VS. | § § | |
| WYETH; and WYETH PHARMACEUTICALS, INC.; BARR PHARMACEUTICALS, INC.; BRISTOL-MYERS SQUIBB; GREENSTONE LTD.; PHARMACIA & UPJOHN COMPANY; PFIZER, INC.; SOLVAY PHARMACEUTICALS, INC.; WARNER-CHILCOTT | § § § § § § § § § | JURY DEMANDED |
| Defendants. | § | HON. ANDREW S. HANEN |

**DEFENDANTS PFIZER INC., PHARMACIA & UPJOHN COMPANY AND GREENSTONE LTD.'S RULE 7.1 DISCLOSURE STATEMENT**

Defendants Pfizer Inc., Pharmacia & Upjohn Company and Greenstone Ltd. disclose that Pharmacia & Upjohn Company and Greenstone Ltd. are indirect subsidiaries of Pfizer Inc.

Dated: September 3, 2004.

Respectfully submitted,

_____   by permission
Joseph S. Cohen                M. Paul
Texas Bar No. 04508370
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Telephone: (713) 960-7312
Facsimile: (713) 960-1527

Attorney-in-Charge for<br>
DEFENDANTS PFIZER INC.,<br>
PHARMACIA & UPJOHN COMPANY<br>
AND GREENSTONE LTD.

**OF COUNSEL:**
BEIRNE, MAYNARD & PARSONS, L.L.P.
Gail M. Brownfeld
Texas Bar No.: 03217500
Monique M. Raub
Texas Bar No. 24041752
1300 Post Oak Boulevard, 25th Floor
Houston, TX 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by certified mail, return receipt requested on the following attorneys of record on September 3, 2004:

James A. Morris, Jr.
PROVOST UMPHREY LAW FIRM, L.L.P.
P.O. Box 4905
Beaumont, Texas 77704

Michael L. Williams
WILLIAMS DAILEY O'LEARY CRAINE & LOVE, P.C.
1001 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204

Michael R. Klatt
CLARK THOMAS AND WINTERS
P. O. Box 1148
Austin, Texas 78767

Karen Stallings
LOCKE LIDDELL & SAPP, L.L.P.
600 Travis Street, Suite 3400
Houston, Texas 77002

_/s/ Monique Raub_<br>
Monique M. Raub

(040906)
536772