IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHERYL GRAY, and | § | |
| HAROLD GRAY | § | |
|     Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-04-116 |
| | § | |
| WYETH; and WYETH | § | |
| PHARMACEUTICALS, INC.; | § | |
| BARR PHARMACEUTICALS, INC.; | § | |
| BRISTOL-MYERS SQUIBB; | § | |
| GREENSTONE LTD.; PHARMACIA & | § | |
| UPJOHN COMPANY; PFIZER, INC.; | § | |
| SOLVAY PHARMACEUTICALS, INC.; | § | |
| WARNER-CHILCOTT, | § | |
|     Defendants | § | |

## ORDER

Pending before the Court is an Agreed Motion to Extend Time for Defendants Pfizer Inc., Pharmacia & UpJohn Company and Greenstone Ltd. to Respond to Plaintiffs' Complaint which was filed on September 7, 2004. (Docket No. 10). The Motion for Extension of Time is hereby **GRANTED**, and Defendants have 30 days, after this case is transferred to the Prempro MDL, to answer or otherwise move under Fed. R. Civ. P. 12 with respect to Plaintiffs' Complaint.

DONE at Brownsville, Texas this 16th day of September, 2004.

John Wm. Black
United States Magistrate Judge