United States District Court
Southern District of Texas
FILED

SEP 2 0 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CHERYL GRAY AND HAROLD GRAY, husband and wife | § § § |
| Plaintiffs, | § § |
| v. | § § |
| WYETH; and WYETH PHARMACEUTICALS, INC.; BARR PHARMACEUTICALS, INC.; BRISTOL-MYERS SQUIBB; GREENSTONE LTD.; PHARMACIA & UPJOHN COMPANY; PFIZER, INC.; SOLVAY PHARMACEUTICALS, INC.; WARNER-CHILCOTT | § § § § § § § § § § CASE NO. C-04-116 |
| Defendants. | § |

## DEFENDANT BRISTOL-MYERS SQUIBB CO.'S STATEMENT OF RELATED LITIGATION

Defendant Bristol-Myers Squibb Company's makes the following Statement of Related Litigation pursuant to Southern District of Texas Local Rule 5.3 as follows:

This case is related to MDL No. 1507, In re: Prempro Products Liability Litigation, pending before the Honorable William R. Wilson, Jr. in the United States District Court for the Eastern District of Arkansas.

Respectfully submitted,

_____
ALAN R. VICKERY
"ATTORNEY IN CHARGE"
State Bar No. 20571650
Southern District Bar No. 11980
G. DAWN SHAWGER
State Bar No. 24002934
Southern District Bar No. 30884
KATHERINE W. BINNS
State Bar No. 24028223
Southern District Bar No. 28228

**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
1717 Main Street, Suite 5400
Dallas, Texas 75202
Telephone: (469) 227-8200
Fax: (469) 227-8004

**Attorneys for Defendant
Bristol-Myers Squibb Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Bristol Myers Squibb Company's Statement of Related Litigation was forwarded to all counsel of record as follows via United States mail on this the 17 day of September 2004.

James A. Morris, Jr.
Steve Faries
PROVOST UMPHREY LAW FIRM LLP
P.O. Box 4905
Beaumont, Texas 77704

Michael Williams
Brian S. Campf
WILLIAMS, DAILEY, O'LEARY, CRANE & LOVE, P.C.
1001 S.W. Fifth Ave, Suite 1900
Portland, Oregon 97204

_____
ALAN R. VICKERY

**DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S**
**STATEMENT OF RELATED LITIGATION**      Page 3
DL/2057254v1