A CERTIFIED TRUE COPY

OCT - 5 2004

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**United States District Court**
**Southern District of Texas**
ENTERED

NOV 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 1 7 2004

FILED
CLERK'S OFFICE

*DOCKET NO. 1507*

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-30)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 1 4 2004

JAMES W. McCORMACK, CLERK
By _____
DEP CLERK

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 375 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLER

FOR THE PANEL:

By _____ D.C.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

OCT - 5 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

3 5 9

# SCHEDULE CTO-30 – TAG ALONG ACTIONS
# DOCKET NO. 1507
# IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DISTRICT  DIV. C.A.#**

**ALABAMA NORTHERN**
ALN 2 04-2466 Deborah Barefoot, et al. v. Wyeth Pharmaceuticals, Inc., et al.

**CALIFORNIA CENTRAL**
CAC 2 04-3755 Hourieh Namin v. Wyeth Pharmaceuticals, Inc., et al.

**CONNECTICUT**
CT 3 04-1259 Jennie Corso v. Wyeth, et al.

**FLORIDA MIDDLE**
FLM 6 04-683 Judith Wilson v. Wyeth, Inc., et al.

**GEORGIA NORTHERN**
GAN 1 04-2232 Misty Carter, etc. v. Wyeth, et al.

**ILLINOIS NORTHERN**
ILN 1 04-5213 Adrienne Banas, et al., v. Wyeth, et al.

**INDIANA NORTHERN**
INN 1 04-256 Christine Smith v. Wyeth Pharmaceuticals, Inc., et al.
INN 3 04-484 Lavada Gosa v. Wyeth, Inc., et al.
INN 4 04-50 Marilyn Eckholm, et al. v. Wyeth, Inc., et al.

**LOUISIANA MIDDLE**
LAM 3 04-567 Lois J. Kowal v. Wyeth, Inc., et al.

**MINNESOTA**
MN 0 04-3452 Lois Storey, et al. v. Wyeth, et al.
MN 0 04-3533 Patsy Lawrence, et al. v. Wyeth, et al.
MN 0 04-3534 Morene Baker v. Wyeth, et al.
MN 0 04-3535 Mamie McLean v. Wyeth, et al.
MN 0 04-3634 Denise M. Cheltra v. Wyeth, et al.
MN 0 04-3732 Darlene Kay Anderson v. Wyeth, et al.
MN 0 04-3743 Dorothy Bornstein, et al., v. Wyeth, et al.

**MISSISSIPPI SOUTHERN**
MSS 1 04-608 Sharon Kelley, et al. v. Wyeth, Inc., et al.
MSS 5 04-212 Myrna Bourgeois, et al. v. Wyeth Pharmaceuticals, Inc., et al.

**OHIO NORTHERN**
OHN 1 04-1418 Kathleen Joan McGrath, et al. v. Wyeth, Inc., et al.
OHN 5 04-1417 Sharon M. Coudriet, et al. v. Wyeth, Inc., et al.

**OHIO SOUTHERN**
OHS 2 04-666 Debra Jayne Spears, et al. v. Wyeth, Inc., et al.

SCHEDULE OF TAG-ALONG ACTIONS (CTO-30)  MDL-1507

**DISTRICT  DIV. C.A.#**

**TENNESSEE EASTERN**
| | | | |
|---|---|---|---|
| TNE | 3 | 04-287 | Carmelita Pranter Kamman, et al. v. Wyeth |

**TEXAS EASTERN**
| | | | |
|---|---|---|---|
| TXE | 1 | 04-423 | Yvonne Largent, et al. v. Wyeth, et al. |
| TXE | 1 | 04-424 | Janiece Marshall, et al. v. Wyeth, et al. |
| TXE | 1 | 04-425 | Karen Ocraman, et al. v. Wyeth, et al. |
| TXE | 1 | 04-426 | Sandra Noble, et al. v. Wyeth, et al. |
| TXE | 1 | 04-430 | Barbara McBride, et al. v. Wyeth, et al. |
| TXE | 1 | 04-432 | Geraldine Schuster, et al. v. Wyeth, et al. |
| TXE | 1 | 04-433 | Marjorie Pennington v. Wyeth, et al. |
| TXE | 1 | 04-435 | Joan Landry, et al. v. Wyeth, et al. |
| TXE | 2 | 04-243 | Merle McMinn, et al. v. Wyeth, et al. |
| TXE | 4 | 04-234 | Sara Safar, et al. v. Wyeth, et al. |
| TXE | 6 | 04-310 | Annelle Mulcahy v. Wyeth, et al. |
| TXE | 9 | 04-132 | Gladys Bohannon, et al. v. Wyeth, et al. |

**TEXAS NORTHERN**
| | | | |
|---|---|---|---|
| TXN | 2 | 04-166 | Linda Morris v. Wyeth, et al. |
| TXN | 2 | 04-169 | Anita Gurwell, et al. v. Wyeth, et al. |
| TXN | 3 | 04-1419 | Donie Pelc v. Wyeth, et al. |
| TXN | 3 | 04-1480 | Sharon Bland v. Wyeth, et al. |
| TXN | 3 | 04-1486 | Connie Webb, et al. v. Wyeth |

**TEXAS SOUTHERN**
| | | | |
|---|---|---|---|
| TXS | 1 | 04-116 | Cheryl Gray, et al. v. Barr Pharmaceuticals, Inc., et al. |
| TXS | 2 | 04-366 | Mildred E. Granier v. Wyeth, et al. |
| TXS | 3 | 04-423 | Patti Quisenberry, et al. v. Wyeth, et al. |
| TXS | 3 | 04-424 | Nickie Cook v. Wyeth, et al. |
| TXS | 3 | 04-445 | Donna Pashalidis, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2651 | Tina McDowell v. Wyeth, et al. |
| TXS | 4 | 04-2653 | Linda Plant, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2654 | Mary Cattrett v. Wyeth, et al. |
| TXS | 4 | 04-2656 | Alva Richardson v. Wyeth, et al. |
| TXS | 4 | 04-2661 | Rita Latham v. Wyeth, et al. |
| TXS | 4 | 04-2662 | Eva McDonald, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2663 | Alba O'Shea, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2664 | Alma Prince v. Wyeth, et al. |
| TXS | 4 | 04-2665 | Doris Purswell, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2666 | Barbara Robinson v. Wyeth, et al. |
| TXS | 4 | 04-2676 | Ernestine Brown v. Wyeth, et al. |
| TXS | 4 | 04-2677 | Ozie B. Callihan v. Wyeth, et al. |
| TXS | 4 | 04-2678 | Ruby Coleman v. Wyeth, et al. |
| TXS | 4 | 04-2679 | Daphana Crawford v. Wyeth, et al. |
| TXS | 4 | 04-2680 | Mary Howard v. Wyeth, et al. |
| TXS | 4 | 04-2681 | Patricia Huckabay v. Wyeth, et al. |
| TXS | 4 | 04-2682 | Marie Hunter v. Wyeth, et al. |
| TXS | 4 | 04-2683 | Sofia Kuluy, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2684 | Janet Murray, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2685 | Michaell Myers, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2686 | Marcella Norton, et al. v. Wyeth, et al. |

SCHEDULE OF TAG-ALONG ACTIONS (CTO-30)  MDL-1507          Page 3 of 5

**DISTRICT  DIV. C.A.#**

| | | | |
|---|---|---|---|
| TXS | 4 | 04-2687 | Janis Schweers, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2688 | Esther V. Silber, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2689 | Cassandra H. Smith v. Wyeth, et al. |
| TXS | 4 | 04-2690 | Marie Watkins, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2691 | Margaret Winter v. Wyeth, et al. |
| TXS | 4 | 04-2692 | Della Earhart, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2693 | Janet M. Hays v. Wyeth, et al. |
| TXS | 4 | 04-2694 | Bernice Hill, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2695 | Sundari Hosakote v. Wyeth, et al. |
| TXS | 4 | 04-2696 | Lanell Jarmon v. Wyeth, et al. |
| TXS | 4 | 04-2697 | Carol L. Kelly v. Wyeth, et al. |
| TXS | 4 | 04-2698 | Maida Kolterman, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2699 | Sally Laws, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2700 | Carolyn Livingston, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2701 | Ruth McGhan, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2702 | Beverly Y. Mercer, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2703 | Harbet Moore, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2704 | Dawn M. Morey, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2705 | Mary Ann Niemeyer, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2706 | Ha D. Nghiem, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2707 | Bertha Nowak v. Wyeth, et al. |
| TXS | 4 | 04-2708 | Evelyn Patella, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2709 | Louise Pettway, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2710 | Gloria Pless, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2711 | Earlene Poe v. Wyeth, et al. |
| TXS | 4 | 04-2712 | Olivia Palomo, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2713 | Lois L. Albert, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2714 | Helen Beaudet v. Wyeth, et al. |
| TXS | 4 | 04-2715 | Patsy Bolton v. Wyeth, et al. |
| TXS | 4 | 04-2716 | Caresse Burdett v. Wyeth, et al. |
| TXS | 4 | 04-2717 | Laurette Foster, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2721 | Anne Prokosch, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2722 | Edwin Raley, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2723 | Leona Ransom v. Wyeth, et al. |
| TXS | 4 | 04-2724 | Denese Roberson, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2725 | Theresa Saltalamachia, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2726 | Beverly J. Sanders, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2727 | Lynne P. Schoepf v. Wyeth, et al. |
| TXS | 4 | 04-2728 | Estelle Sexton, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2729 | Connie Spence v. Wyeth, et al. |
| TXS | 4 | 04-2731 | Linda E. Voges, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2732 | Joy M. Barron v. Wyeth, et al. |
| TXS | 4 | 04-2733 | Debra Bickham v. Wyeth, et al. |
| TXS | 4 | 04-2734 | Connie Boutte, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2735 | Ellen Bowers, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2736 | Kay E. Bowers, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2737 | Maxine Bradley v. Wyeth, et al. |
| TXS | 4 | 04-2738 | Anne Burke v. Wyeth, et al. |
| TXS | 4 | 04-2740 | Berthe Carp, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2741 | Ruby Cross, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2742 | Barbara Dodson v. Wyeth, et al. |

SCHEDULE OF TAG-ALONG ACTIONS (CTO-30)  MDL-1507                    **Page 4 of 5**

**DISTRICT  DIV. C.A.#**

| DISTRICT | DIV. | C.A.# | |
|---|---|---|---|
| TXS | 4 | 04-2743 | Patricia Doggett v. Wyeth, et al. |
| TXS | 4 | 04-2744 | Patricia Fischer v. Wyeth, et al. |
| TXS | 4 | 04-2745 | Ella Garza, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2746 | Betty S. Gay, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2747 | Mardell Gunn, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2748 | Joyce Hardman, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2749 | Mary Hartley v. Wyeth, et al. |
| TXS | 4 | 04-2750 | Geneva A. Harvard, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2751 | Rosalie Adams, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2752 | Sally M. Anderson v. Wyeth, et al. |
| TXS | 4 | 04-2753 | Vivian Baley, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2754 | Jeanne Blair v. Wyeth, et al. |
| TXS | 4 | 04-2759 | Una A. Gaddis v. Wyeth, et al. |
| TXS | 4 | 04-2760 | Mary Carter v. Wyeth, et al. |
| TXS | 4 | 04-2763 | Alma Edwards v. Wyeth, et al. |
| TXS | 4 | 04-2764 | Madeline Fafard v. Wyeth, et al. |
| TXS | 4 | 04-2765 | Sabrina Francis v. Wyeth, et al. |
| TXS | 4 | 04-2766 | Linda Gougouehi v. Wyeth, et al. |
| TXS | 4 | 04-2767 | Elma Green v. Wyeth, et al. |
| TXS | 4 | 04-2768 | Annetta Greuenberg v. Wyeth, et al. |
| TXS | 4 | 04-2769 | Roberta A. Hagger v. Wyeth, et al. |
| TXS | 4 | 04-2770 | Delores Hickey, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2771 | Jenny Scott v. Wyeth, et al. |
| TXS | 4 | 04-2772 | Caffey Taylor v. Wyeth, et al. |
| TXS | 4 | 04-2773 | Nina Toole, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2774 | Nell Vineyard v. Wyeth, et al. |
| TXS | 4 | 04-2775 | Etelvina Villareal v. Wyeth, et al. |
| TXS | 4 | 04-2776 | Virginia White v. Wyeth, et al. |
| TXS | 4 | 04-2777 | Sarah Wiley v. Wyeth, et al. |
| TXS | 4 | 04-2778 | Kathy E. Young, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2779 | Chantal Zauzu v. Wyeth, et al. |
| TXS | 4 | 04-2780 | Joan Hinyard v. Wyeth, et al. |
| TXS | 4 | 04-2781 | Leona Holloway v. Wyeth, et al. |
| TXS | 4 | 04-2782 | Alice E. Johnson v. Wyeth, et al. |
| TXS | 4 | 04-2783 | Linda R. Johnson v. Wyeth, et al. |
| TXS | 4 | 04-2784 | Opal S. Johnson v. Wyeth, et al. |
| TXS | 4 | 04-2785 | Mary Kegg v. Wyeth, et al. |
| TXS | 4 | 04-2786 | Mary L. Leasure, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2787 | Dorothea Lindley, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2788 | Janie Lopez, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2789 | Katherine Lundy, et al. v. Wyeth, et al. |
| TXS | 4 | 04-2790 | Leah Lynch-McFadden v. Wyeth, et al. |
| TXS | 4 | 04-2791 | Mary Lynch-Brown v. Wyeth, et al. |
| TXS | 4 | 04-2797 | Agnes T. Rushing v. Wyeth, et al. |
| TXS | 4 | 04-2798 | Dina Salter-Smith v. Wyeth, et al. |

SCHEDULE OF TAG-ALONG ACTIONS (CTO-30)  MDL-1507

**DISTRICT  DIV. C.A.#**

**TEXAS WESTERN**
| | | | |
|---|---|---|---|
| TXW | 1 | 04-399 | Judith Carter v. Wyeth, et al. |
| TXW | 1 | 04-400 | Sharon Brumley v. Wyeth, et al. |
| TXW | 1 | 04-401 | Betty Boucher v. Wyeth, et al. |
| TXW | 1 | 04-402 | Judy Allen v. Wyeth, et al. |
| TXW | 1 | 04-403 | Charlie Ockletree v. Wyeth, et al. |
| TXW | 1 | 04-404 | Connie McComas v. Wyeth, et al. |
| TXW | 1 | 04-405 | Hetty Hornbrook v. Wyeth, et al. |
| TXW | 1 | 04-406 | Lynda Lindsay v. Wyeth, et al. |
| TXW | 1 | 04-407 | Ella Powell v. Wyeth, et al. |
| TXW | 1 | 04-408 | Suzanne Hardy v. Wyeth, et al. |
| TXW | 1 | 04-409 | Fairy Rutland v. Wyeth, Inc. |
| TXW | 1 | 04-410 | Nancy Trammell, et al. v. Wyeth, et al. |
| TXW | 1 | 04-411 | Susan Robbins, et al. v. Wyeth, et al. |
| TXW | 1 | 04-412 | Betty McMahon, et al. v. Wyeth, et al. |
| TXW | 1 | 04-413 | Paula Lesser, et al. v. Wyeth, et al. |
| TXW | 1 | 04-414 | Barbara Gallien v. Wyeth, et al. |
| TXW | 1 | 04-415 | Ida Jeanette Grant, et al. v. Wyeth, et al. |
| TXW | 1 | 04-416 | Nina Klipple, et al. v. Wyeth, et al. |
| TXW | 1 | 04-417 | Sharon Freeman v. Wyeth, et al. |
| TXW | 1 | 04-418 | Shirley Deininger v. Wyeth, et al. |
| TXW | 1 | 04-419 | Loveta Cummings v. Wyeth, et al. |
| TXW | 1 | 04-420 | Carole Duran v. Wyeth, et al. |
| TXW | 1 | 04-421 | Rebecca Adams, et al. v. Wyeth, et al. |
| TXW | 1 | 04-422 | Karen K. Gibson v. Wyeth, et al. |
| TXW | 1 | 04-423 | Jan Ballard, et al. v. Wyeth, et al. |
| TXW | 1 | 04-424 | Gail Franczak v. Wyeth, et al. |
| TXW | 1 | 04-425 | Carol Rook v. Wyeth, et al. |
| TXW | 1 | 04-426 | Laura Shelly Cameron, et al. v. Wyeth, et al. |
| TXW | 1 | 04-427 | Cynthia Rupp, et al. v. Wyeth, et al. |
| TXW | 1 | 04-428 | Pauline Gamble v. Wyeth, et al. |
| TXW | 1 | 04-429 | Judith Jacobsen v. Wyeth, et al. |
| TXW | 3 | 04-262 | Maria Bishop v. Wyeth, et al. |
| TXW | 7 | 04-97 | Wanda Ottinger v. Wyeth, et al. |

**UTAH**
| | | | |
|---|---|---|---|
| UT | 2 | 04-734 | Peggy Wankier v. Wyeth, et al. |

**VIRGINIA EASTERN**
| | | | |
|---|---|---|---|
| VAE | 1 | 04-944 | Sally Anne Kingsley v. Wyeth, et al. |
| VAE | 1 | 04-947 | Trudi Malik v. Wyeth, et al. |

**WASHINGTON WESTERN**
| | | | |
|---|---|---|---|
| WAW | 2 | 04-1706 | Faye Bryant, et al. v. Wyeth, et al. |

**WEST VIRGINIA SOUTHERN**
| | | | |
|---|---|---|---|
| WVS | 2 | 04-690 | Leah Royce v. Wyeth, et al. |
| WVS | 2 | 04-691 | Mava Lou McCumbers, et al. v. Wyeth, et al. |
| WVS | 2 | 04-692 | Rosemary Keffer v. Wyeth, et al. |
| WVS | 3 | 04-693 | Anna Skeens v. Wyeth, et al. |