



**MAIL**
United States District Court
Southern District of Texas
RECEIVED
JAN 10 2005
Michael N. Milby, Clerk

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 06 2004
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
600 E. HARRISON STREET #101
BROWNSVILLE, TEXAS 78520
(956) 548-2500

4-04-CV-1534

MICHAEL N MILBY, CLERK
CLERK OF COURT

RECEIVED
MAIL ROOM
DEC -6 2004
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

RE: Our Case No.: B-04-CV-116
Cheryl Gray, et al
Vs.
Wyeth; and Wyeth Pharmaceuticals, et al
(MDL No. 1507)

Dear Sir/Madam:

We are transmitting the entire original case file along with a certified copy of the docket sheet.

Please acknowledge receipt of the enclosures by executing the receipt below and returning a copy to us.

Very truly yours,

This case assigned to District Judge Wilson
and to Magistrate Judge Jones

MICHAEL N. MILBY, CLERK

BY: _____
Bertha A Vasquez, Deputy Clerk

cc: Counsel of Record

RECEIVED ON: _December 6, 2004_

BY: **JAMES W. McCORMACK**

CLERK, U.S. District Court

BY: ____Kay Parker____, Deputy Clerk